UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 04-1584 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| DENISE MARIE HENDERSON | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the stipulation filed by Plaintiff the United States of America,

**IT IS HEREBY ORDERED** that Plaintiff's complaint be, and the same hereby is, dismissed with prejudice.

Dated: June 12, 2006                             s / Michael J. Davis
                                                 MICHAEL J. DAVIS
                                                 United States District Court Judge